NUMBER 13-99-166-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


ARTURO TOVAR AGUILAR , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 105th District Court 

of Kleberg County, Texas.


___________________________________________________________________



O P I N I O N


Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam


 Appellant, ARTURO TOVAR AGUILAR , perfected an appeal from a judgment entered by the 105th District Court of
Kleberg County, Texas, in cause number 99-CRF-013 . Appellant has filed a motion to withdraw notice of appeal. The
motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to withdraw notice of appeal, is of the opinion
that appellant's motion to withdraw notice of appeal should be granted. Appellant's motion withdraw notice of appeal is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 6th day of May, 1999 .